**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VIRGIN RECORDS AMERICA INC., et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV477 |
| v. | ) ) | **ORDER TO SHOW CAUSE** |
| **ROGER W. GLYNN,** | ) ) ) | |
| Defendant. | ) | |

   This case is before the magistrate judge for full pretrial supervision. The court file shows that, on October 2, 2006, counsel for the parties were sent scheduling materials and were directed to file a Rule 26(f) planning report by November 7, 2006. As of November 28, 2006, no planning report has been filed and no party has requested a continuance of the Rule 26(f) reporting deadline.

   **IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report on or before **December 7, 2006**, or show cause by written affidavit why they cannot comply with the court's deadline.

   **DATED November 28, 2006.**

                                         BY THE COURT:

                                         s/ F.A. Gossett
                                         **United States Magistrate Judge**