IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VIRGIN RECORDS AMERICA, Inc., a California corporation, ATLANTIC RECORDING, Corporation, a Delaware corporation, ARISTA RECORDS, LLC, a Delaware limited liability company, UMG RECORDINGS, Inc., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, INTERSCOPE RECORDS, a California general partnership, and BMG MUSIC, a New York general partnership, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV477 |
| v. | ) ) | |
| ROGER W. GLYNN, | ) ) | ORDER |
| Defendant. | ) ) | |

On the court's own motion and with the agreement of counsel,

IT IS ORDERED:

The time of the Rule 16 telephone planning conference on Monday, April 16 is changed from 11:00 a.m. to **10:00 a.m.**

Plaintiff's counsel shall place the call to the undersigned, 402-437-5235.

DATED this 11th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge