## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VIRGIN RECORDS AMERICA, Inc., a California corporation, ATLANTIC RECORDING, Corporation, a Delaware corporation, ARISTA RECORDS, LLC, a Delaware limited liability company, UMG RECORDINGS, Inc., a Delaware corporation, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, INTERSCOPE RECORDS, a California general partnership, and BMG MUSIC, a New York general partnership,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 8:06CV477** |
| **Plaintiffs,** | ) ) ) | **ORDER OF DISMISSAL** |
| **V.** | ) ) | |
| **ROGER W. GLYNN,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' joint Stipulation to Dismissal Without Prejudice.  The Court finds that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii) and should be approved.  Accordingly,

IT IS ORDERED:

1.    The Stipulation to Dismissal Without Prejudice (Filing No. 24) is approved and the relief requested therein is granted;

2.    The Complaint is dismissed without prejudice; and

3.    The parties will bear their own costs and attorney's fees.

DATED this 30th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge